**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Terry Smith v. The State of Texas

Appellate case number:     01-12-00661-CR, 01-12-00662-CR, 01-12-00663-CR

Trial court case number:   10DCR055807A

Trial court:                     400th District Court of Fort Bend County

     After consideration, appellant's motion to abate the appeal for a hearing on her motion for new trial is **denied**.

     It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                     ☑ Acting individually    ☐ Acting for the Court


Date: February 20, 2013